**FILED**
May 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAKE WESTERMAN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00125-GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jake Westerman</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

X   Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's mother, Pamela Williams

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

X   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/17/2012</u> at 3:20.

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge