UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>                        Plaintiff,          )<br>v.                                                        )<br>                                                             )<br>JAKE WESTERMAN,                        )<br>                                                             )<br>                        Defendant.       ) | CASE NUMBER: 2:12-mj-00125-GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jake Westerman</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  Release on Personal Recognizance

     __  Bail Posted in the Sum of _____

     _X_  Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's mother, Pamela Williams

     __  Appearance Bond with 10% Deposit

     __  Appearance Bond secured by Real Property

     __  Corporate Surety Bail Bond

     _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/17/2012</u> at 3:20.

By _____
Kendall J. Newman
United States Magistrate Judge