BENJAMIN B. WAGNER
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB WESTERMAN,<br>  aka JAKE WESTERMAN,<br><br>Defendant. | CASE NO. 2:12-CR-198 MCE<br><br>STIPULATION REGARDING DEFENDANT'S IDENTITY<br><br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. That the defendant identified as Jake Westerman in the Indictment in this case is the same person as Jacob Westerman in the Superseding Information, Plea Agreement, and Waiver of Indictment filed on February 11, 2016.

///
///
///
///
///
///

2. That the Clerk's Office shall accept filings identifying Jake Westerman and Jacob Westerman as filings concerning the same defendant.

IT IS SO STIPULATED.

Dated: February 12, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: February 12, 2016

/s/ David D. Fischer
David D. Fischer
Counsel for Defendant
JACOB WESTERMAN

**ORDER**

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT